IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

**RODERICK DEMARIUS FREEMAN**                                                  **PLAINTIFF**
**ADC #153597**

**v.**                 **Case No. 3:18-cv-00151-KGB-JJV**

**MANDY CHILDRESS, Nurse, CNA,**
**Crittenden County Detention Center,** *et al.*                                **DEFENDANTS**

## ORDER

The Court has reviewed the Proposed Findings and Recommendations submitted by United States Magistrate Judge Joe J. Volpe (Dkt. No. 3). No objections have been filed, and the time to file objections has passed. After careful review, the Court concludes that the Proposed Findings and Recommendations should be, and hereby are, approved and adopted in their entirety as this Court's findings in all respects (Dkt. No. 3).

Accordingly, the Court dismisses without prejudice plaintiff Roderick DeMarius Freeman's complaint (Dkt. No. 1). The Court certifies that, pursuant to 28 U.S.C. § 1915(a)(3), an *in forma pauperis* appeal from this Order adopting this recommendation and the accompanying Judgment would not be taken in good faith.

So ordered this 1st day of February, 2019.

                                                        Kristine G. Baker
                                                        United States District Judge