## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## JONESBORO DIVISION

**RODERICK DEMARIUS FREEMAN**                                                    **PLAINTIFF**
**ADC #153597**

**v.**                                  **Case No. 3:18-cv-00151-KGB-JJV**

**MANDY CHILDRESS, Nurse, CNA,**
**Crittenden County Detention Center,** *et al.*                           **DEFENDANTS**

## JUDGMENT

Pursuant to the Order entered this date, it is considered, ordered, and adjudged that plaintiff

Roderick DeMarius Freeman's complaint is dismissed without prejudice.

So adjudged this 1st day of February, 2019.

_____
Kristine G. Baker
United States District Judge